1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORAYA MARIA RIGOR,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY PUBLIC DEFENDERS OFFICE, et al.,<br><br>Defendant. | No. 2:23-cv-02146-DAD-KJN (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION DUE TO PLAINTIFF'S FAILURE TO STATE A COGNIZABLE CLAIM<br><br>(Doc. No. 3) |

Plaintiff Soraya Maria Rigor is proceeding *pro se* and *in forma pauperis* in this civil action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 6, 2023, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without leave to amend, due to plaintiff's failure to state a cognizable claim upon which relief may be granted. (Doc. No. 3.) The magistrate judge concluded that granting further leave to amend would be futile because plaintiff, as a private citizen, "has no authority to bring claims under criminal statutes," and plaintiff cannot maintain § 1983 claims against the entities named as defendants in the complaint. (*Id.* at 3–4.) Those pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 5.) To date, no

1

objections to the pending findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 6, 2023 (Doc. No. 3) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE